JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHOENFELD, an individual<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>SEACOR MARINE, LLC, a Louisiana corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.  2:09-cv-7074 SJO<br><br>**JUDGMENT GRANTING DISMISSAL WITH PREJUDICE**<br><br>*Filed Concurrently With:  Stipulation for Dismissal with Prejudice* |

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

Dismissal of the above-captioned matter, in its entirety and with prejudice, is hereby APPROVED.

April 29, 2010

DATED:_____                                              _____
　　　　　　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
_____
[proposed] JUDGMENT GRANTING DISMISSAL WITH PREJUDICE